**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:14-CV-083-MOC-DCK**

| | | |
|---|---|---|
| **KIMBERLY CRAWFORD-KARIEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TIME WARNER CABLE BUSINESS LLC,** | ) | |
| **TIME WARNER CABLE ENTERPRISES** | ) | |
| **LLC, TIME WARNER CABLE** | ) | |
| **INFORMATION SERVICES (NORTH** | ) | |
| **CAROLINA), LLC, TIME WARNER CABLE** | ) | |
| **INTERNET LLC, TIME WARNER CABLE** | ) | |
| **MEDIA INC., TIME WARNER CABLE** | ) | |
| **SOUTHEAST LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Join Necessary Parties As Defendants" (Document No. 14) filed April 17, 2014.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>deny</u> the motion.  Plaintiff has failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

  **IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Join Necessary Parties As Defendants" (Document No. 14) is **DENIED WITHOUT PREJUDICE**.

Signed: April 17, 2014

David C. Keesler
United States Magistrate Judge