UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00083-MOC-DCK

| | |
|---|---|
| **KIMBERLY CRAWFORD-KARIEM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **TIME WARNER CABLE BUSINESS LLC** ) | |
| **TIME WARNER CABLE ENTERPRISES LLC** ) | |
| **TIME WARNER CABLE INFORMATION** ) | |
| **SERVICES (NORTH CAROLINA), LLC** ) | |
| **ADAM CRAIN** ) | |
| **TIME WARNER CABLE INTERNET LLC** ) | |
| **CALVIN LINDER** ) | |
| **TIME WARNER CABLE MEDIA INC.** ) | |
| **TIME WARNER CABLE SOUTHEAST LLC,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on review of a Memorandum and Recommendation issued in this matter. In the Memorandum and Recommendation, the magistrate judge advised the parties of the right to file objections within 14 days, all in accordance with 28, United States Code, Section 636(b)(1)(c). No objections have been filed within the time allowed.

The *Federal Magistrates Act of 1979*, as amended, provides that "a district court shall make a *de novo* determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). However, "when objections to strictly legal issues are raised and no factual issues are challenged, *de novo* review of the record may

be dispensed with." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Similarly, *de novo* review is not required by the statute "when a party makes general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." Id. Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection. Thomas v. Arn, 474 U.S. 140, 149 (1985); Camby v. Davis, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case, and accordingly the court has conducted a careful review of the magistrate judge's recommendation.

After such careful review, the court determines that the recommendation of the magistrate judge is fully consistent with and supported by current law. Further, the brief factual background and recitation of issues is supported by the applicable pleadings. Based on such determinations, the court will fully affirm the Memorandum and Recommendation and grant relief in accordance therewith.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation (#40) is **AFFIRMED,** Defendant Calvin Linder's Motion To Dismiss Plaintiff's Amended Complaint (#34) is **GRANTED as to Counts II-V,** and **DENIED as to Count I**, for the reasons discussed by Judge Keesler, and claims II-V are dismissed.

Signed: November 6, 2014

Max O. Cogburn Jr.
United States District Judge