IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-083-MOC-DCK

| | |
|---|---|
| KIMBERLY CRAWFORD-KARIEM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TIME WARNER CABLE BUSINESS LLC, ) | |
| TIME WARNER CABLE ENTERPRISES ) | |
| LLC, TIME WARNER CABLE ) | |
| INFORMATION SERVICES (NORTH ) | |
| CAROLINA), LLC, TIME WARNER CABLE ) | |
| INTERNET LLC, TIME WARNER CABLE ) | |
| MEDIA INC., TIME WARNER CABLE ) | |
| SOUTHEAST LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Gary S. Hemric, filed a "Certification Of Mediation Session" (Document No. 51) notifying the Court that the parties reached a settlement on January 7, 2016. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 12, 2016**.

**SO ORDERED**.

Signed: January 28, 2016

David C. Keesler
United States Magistrate Judge